| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN. 44332)<br>United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | 10th floor Federal Building<br>450 Golden Gate Avenue, Box 36055 |
| 4 | San Francisco, California 94102<br>Telephone: (415) 436-7017 |
| 5 | |
| 6 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )
                                    )    No. CR-09-0572-JW
         Plaintiff,                 )
                                    )    STIPULATION TO CONTINUE
     v.                             )    HEARING ON THE PARTIES'
                                    )    JOINT MOTION TO VACATE
YU-FEN HUANG,                       )    PRIOR ORDER AND RESET
                                    )    SENTENCING DATE AND
         Defendant.                 )    [~~proposed~~] ORDER THEREON
                                    )

For the reason that counsel for the United States of America and counsel for defendant Yu-Fen Huang, and the United States District Court are all available for hearing on August 24, 2009, the parties through their counsel, stipulate and agree that the hearing on the parties' Joint Motion To Vacate Sentencing Date And Prior Order Requiring Preparation of Pre-Sentence Investigation Report And To Reset Sentencing Date Of Defendant be heard on August 24, 2009.

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

/s/ Lee H. Rubin                         /s/ Thomas Moore
LEE H. RUBIN                             THOMAS MOORE
Attorney for Yu-Fen Huang                Assistant United States Attorney
                                         Attorneys for the United States

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 10, 2009

_____
UNITED STATES DISTRICT JUDGE